IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMILY JEAN GATES,

                Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

                Defendant.

ORDER

23-cv-99-wmc

---

        Plaintiff Emily Jean Gates seeks judicial review under 42 U.S.C. § 405(g) of a final determination by the Social Security Administration, denying her application for disability benefits. Challenging the underlying decision by an Administrative Law Judge, which was affirmed by the Social Security Appeals Council, plaintiff filed a motion for summary judgment, seeking remand for further review of her application. (Dkt. #8.) In a report and recommendation entered on October 1, 2025, United States Magistrate Judge Anita M. Boor recommended that this court deny plaintiff's motion after finding that the ALJ's conclusions were supported by sufficient evidence. (Dkt. #20.) No objections to the report and recommendation have been received to date and the deadline for filing them has expired. Fed. R. Civ. P. 72(b)(2).

        Having reviewed the record and Judge Boor's thorough reasoning, the court will adopt the report and recommendation, deny plaintiff's motion, and close this case.

1

ORDER

IT IS ORDERED:

1. The magistrate judge's report and recommendation (dkt. #20) is ADOPTED.

2. Plaintiff's motion for summary judgment and remand (dkt. #8) is DENIED.

3. The clerk of court is directed to enter judgment accordingly and close this case.

Entered this 21st day of October, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge