IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMILY JEAN GATES,

     Plaintiff,

    Case No.  23-cv-99-wmc

  v.

FRANK BISINGNANO
Commissioner of Social Security,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against plaintiff Emily Jean Gates and dismissing the case.

| s/ Deputy Clerk | 10/21/2025 |
|---|---|
| Joel Turner, Clerk of Court | Date |